UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
APR 6 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. |
| v. ) | |
| ) | 1:21-cr-106 JMS-DML |
| CYNTHIA PONDER, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

Count One
21 U.S.C. Section 841(a)(1)
Possession with Intent to Distribute Controlled Substances

On or about March 4, 2021, in the Southern District of Indiana, CYNTHIA PONDER, defendant herein, knowingly and intentionally possessed with the intent to distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE

1.  Pursuant to Title 21, United States Code, Section 853, if convicted of either of the offenses set forth in Counts One or Two of the Indictment, the defendant shall forfeit to the United States any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

2. The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property described above in paragraph 1, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty.

A TRUE BILL:

FOREPERSON

JOHN E. CHILDRESS
Acting United States Attorney

By: *M. P. Brady*
Michelle P. Brady
Assistant United States Attorney