UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CYNTHIA PONDER (01), )<br>)<br>Defendant. )<br>) | No. 1:21-cr-00106-JMS-KMB |

**ENTRY FOR APRIL 24, 2023**
**JUDGE JANE MAGNUS-STINSON**
**ROOM CHANGE FOR HEARING**

The May 4, 2023 status hearing for Defendant Cynthia Ponder (01) at 11:30 a.m. is **moved to Room 349,** U.S. Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.

Distribution:

Gwendolyn M. Beitz
INDIANA FEDERAL COMMUNITY DEFENDERS
gwendolyn_beitz@fd.org

Michelle Patricia Brady
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
michelle.brady@usdoj.gov