UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:21-cr-00106-JMS-KMB |
| CYNTHIA PONDER (01), | ) |
| Defendant. | ) |

## ENTRY VACATING STATUS CONFERENCE, FINAL PRETRIAL CONFERENCE AND JURY TRIAL

Defendant Cynthia Ponder (01) has entered a petition to enter a plea of guilty and plea agreement [29] in the above-referenced cause. Therefore, the May 4, 2023, status hearing, the August 7, 2023, trial date and the July 27, 2023, final pretrial conference are hereby **VACATED**. A hearing on defendant's Petition and the sentencing will be set by separate order.

ALL OF WHICH IS ORDERED.

Date: 5/2/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Gwendolyn M. Beitz
INDIANA FEDERAL COMMUNITY DEFENDERS
gwendolyn_beitz@fd.org

Michelle Patricia Brady
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
michelle.brady@usdoj.gov